## THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN CARSON III | ) |
| Plaintiff, | ) JURY TRIAL DEMANDED |
| | ) |
| v. | ) Case No. |
| | ) |
| TRANS UNION, LLC, EQUIFAX | ) |
| INFORMATION SERVICES, LLC and | ) |
| EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC., | ) |
| Defendants. | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### INTRODUCTION

COMES NOW the Plaintiff John Carson III ("Carson" or "Plaintiff"), an individual consumer, by Counsel, and for his Complaint against Defendants, Trans Union, LLC, Equifax Information Services, LLC and Experian Information Solutions, Inc., (collectively referred to as "CRAs"). Plaintiff alleges as follows:

### PRELIMINARY STATEMENT

1. This is an action for actual, statutory, and punitive damages, costs, and attorneys' fees brought pursuant to the Fair Credit Reporting Act ("FCRA") 15 U.S.C. §§ 1681-1681x et seq.

2.  Inaccuracies and errors plague consumer reporting. Estimates of serious errors range from 3 to 25%. The most recent and definitive FTC study on errors and credit reports found that 21% of consumers had verified errors in their credit reports, 13% had errors that had affected their credit scores, and 5% had errors serious enough to be denied or pay more for credit.  *See* FTC Report to Congress Under Section 319 of the Fair and Accurate Credit Transactions Act of 2003 (2012).

3.   This means that 10 million Americans face serious errors in their credit reports that could result in them being denied or paying more for credit.

4.  To give consumers the opportunity to verify the accuracy of data maintained by CRAs, the FCRA requires CRAs to disclose certain information to the consumer upon request.  *See* 15 U.S.C. § 1681g; *TransUnion LLC v. Ramirez*, 141 S. Ct. 2190, 2213 (2021) ("As the plaintiff's note, the disclosure and summary-of-rights requirements are designed to protect consumers interest in learning of any inaccuracies in their credit files so that they can promptly correct the files before they are disseminated to third parties.")

## JURISDICTION AND VENUE

5.  Jurisdiction of this court arises under 15 U.S.C. § 1681(p) and 28 U.S.C. § 1331.

6.  Venue in this District is proper in that the Defendant regularly conducts business in the State of Oklahoma.

### III.  PARTIES

7.  Plaintiff John Carson is a natural person residing in Oklahoma, OK.

8.  Plaintiff John Carson is a consumer as defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681a, (b) and (c).

9.  Upon information and belief, Trans Union, LLC is an Illinois corporation duly authorized and qualified to do business in the State of Oklahoma.

10. Trans Union is a "consumer reporting agency," as defined in 15 U.S.C. § 1681a(f) and it disburses consumer reports to third parties for monetary compensation.

11. Upon information and belief, Experian Information Solutions, Inc., is an Ohio corporation duly authorized and qualified to do business in the State of Oklahoma.

12. Experian Information Solutions, Inc., is a "consumer reporting agency," as defined in 15 U.S.C. § 1681a(f) and it disburses consumer reports to third parties for monetary compensation.

13. Upon information and belief, Equifax Information Services, LLC is a Georgia corporation duly authorized and qualified to do business in the State of Oklahoma.

14. Equifax is a "consumer reporting agency," as defined in 15 U.S.C. §
1681a(f), and it disburses consumer reports to third parties for monetary
compensation.

## IV.    FACTS OF THE COMPLAINT

15. In the month of April 2025, Carson obtained copies of his consumer credit
disclosures from Equifax Information Services, LLC, Trans Union, LLC
and    Experian    Information    Solutions,    Inc.,    through
www.annualcreditreport.com.

### Equifax

16. On or about April 2, 2025 Equifax was also required under 15 U.S.C. §
1681g(a) to clearly and accurately disclose to Carson all the information in
his file, subject to the same limited exception regarding truncation of the
Social Security number.

17. Equifax's disclosure omitted critical information contained within his
credit file, thereby failing to meet this requirement.

18. The omitted data included inaccurate information, re-aged data, and
incomplete account details.

19. The Accounts with known inaccuracies or incomplete data included:
TBOM/FORTIVA MC, Fingerhut, First Premier, Credit One Bank,
Continental    Finance    Company,    (2)    Synovus/Firstdigital,    First

Access/TBOM, (5) Dept of Ed, Midland Credit Management, Portfolio Recovery Assoc, (4) LVNV Funding LLC and Southwest Credit Systems among others.

20. These errors and omissions were numerous and included, but were not limited to, the following: Incomplete Account Numbers, Incomplete Credit Limits, Terms Durations, Frequency, Activity Designator, Date of Last Payment, Actual Payment Amount, Scheduled Payment Amount, Date of Last Activity, Date Maj Del 1st Reported, Change Off Amount, Deferred Pay Start Date, Balloon Pay Amount, Balloon Pay Date, Status etc.,

21. The following trade-line inaccurate, incomplete, errors and omissions were included but were not limited to:

22. TBOM/FORTIVA MC: xxxx9530 Account number is incomplete Account History Section Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete Payment History Section payment history is incomplete Account Details Section Date of Last Activity is incomplete, Term Duration is incomplete, Delinquency First Reported is incomplete, Deferred Payment Start Date is incomplete, Balloon Payment Date is incomplete, Charge Off Amount is incomplete, Balloon Payment Amount is incomplete, Date Closed is incomplete.

23. Fingerhut xxxx5189 Account Number is incomplete Account History Section Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete Payment History Section payment history is incomplete Account Details Section Actual Payment Amount is incomplete, Amount Past Due is incomplete, Term Duration is incomplete, Activity Designator is incomplete, Deferred Payment Start Date is incomplete, Balloon Payment Date is incomplete, Delinquency First Reported is incomplete, Charge Off Amount is incomplete, Balloon Payment Amount is incomplete, Date Closed is incomplete.

24. First Premier xxxx0330 Account Number is incomplete Account History Section Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete Payment History Section payment history is incomplete Account Details Section High Credit is incomplete, Actual Payment Amount is incomplete, Date of Last Activity is incomplete, Term Duration is incomplete, Scheduled Payment Amount is incomplete, Activity Designator is incomplete, Deferred Payment Start Date is incomplete, Balloon Payment Date is incomplete, Balloon Payment Amount is incomplete, Date Closed is incomplete.

25. Credit One Bank xxxx5547 Account Number is incomplete Account History Section Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete Payment History Section payment history is incomplete Account Details Section Amount Past Due is incomplete, Activity Designator is incomplete, Deferred Payment Start Date is incomplete, Balloon Payment Date is incomplete, Term Duration is incomplete, Delinquency First Reported is incomplete, Charge Off Amount is incomplete, Balloon Payment Amount is incomplete, Date Closed is incomplete.

26. Continental Finance Company xxxx1987 Account Number is incomplete Account History Section Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete Payment History Section payment history is incomplete Account Details Section Amount Past Due is incomplete, Activity Designator is incomplete, Deferred Payment Start Date is incomplete, Balloon Payment Date is incomplete, Term Duration is incomplete, Delinquency First Reported is incomplete, Charge Off Amount is incomplete, Balloon Payment Amount is incomplete, Date Closed is incomplete, Date of First Delinquency is incomplete.

27. Synovus/Firstdigital xxxx7615 Account Number is incomplete Account History Section Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete Payment History Section payment history is incomplete Account Details Section High Credit is incomplete, Amount Past Due is incomplete, Actual Payment Amount is incomplete, Date of Last Activity is incomplete, Deferred Payment Start Date is incomplete, Balloon Payment Date is incomplete, Term Duration is incomplete, Scheduled Payment Amount is incomplete, Balloon Payment Amount is incomplete.

28. Synovus/Firstdigital xxxx3073 Account Number is incomplete Account History Section Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete Payment History Section payment history is incomplete Account Details Section High Credit is incomplete, Amount Past Due is incomplete, Actual Payment Amount is incomplete, Date of Last Activity is incomplete, Deferred Payment Start Date is incomplete, Balloon Payment Date is incomplete, Term Duration is incomplete, Scheduled Payment Amount is incomplete, Balloon Payment Amount is incomplete.

29. First Access/TBOM xxxx8902 Account Number is incomplete Payment History Section Payment History is incomplete Account Details Section

Amount Past Due is incomplete, Actual Payment Amount is incomplete, Date of Last Activity is incomplete, Term Duration is incomplete, Scheduled Payment Amount is incomplete, Deferred Payment Start Date is incomplete, Balloon Payment Date is incomplete, Charge Off Amount is incomplete, Balloon Payment Amount is incomplete, Date Closed is incomplete.

30. Dept of Ed xxxx0287 Account Number is incomplete, Available Credit is incomplete Account History Section Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete Payment History Section payment history is incomplete Account Details Section Credit Limit is incomplete, Actual Payment Amount is incomplete, Activity Designator is incomplete, Balloon Payment Date is incomplete, Date of First Delinquency is incomplete, Term Duration is incomplete, Scheduled Payment Amount is incomplete, Delinquency First Reported is incomplete, Charge Off Amount is incomplete, Balloon Payment Amount is incomplete, Date Closed is incomplete, Date of First Delinquency is incomplete.

31. Dept of Ed xxxx0387 Account Number is incomplete, Available Credit is incomplete Account History Section Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is

incomplete, Amount Past Due is incomplete Payment History Section payment history is incomplete Account Details Section Credit Limit is incomplete, Actual Payment Amount is incomplete, Activity Designator is incomplete, Balloon Payment Date is incomplete, Date of First Delinquency is incomplete, Term Duration is incomplete, Scheduled Payment Amount is incomplete, Delinquency First Reported is incomplete, Charge Off Amount is incomplete, Balloon Payment Amount is incomplete, Date Closed is incomplete, Date of First Delinquency is incomplete.

32. Nelnet Loan Servicing xxxx8581 Account Number is incomplete, Available Credit is incomplete Account History Section Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete Payment History Section payment history is incomplete Account Details Section Credit Limit is incomplete, Amount Past Due is incomplete, Actual Payment Amount is incomplete, Deferred Payment Start Date is incomplete, Balloon Payment Date is incomplete, Date of First Delinquency is incomplete, Term Duration is incomplete, Delinquency First Reported is incomplete, Charge Off Amount is incomplete, Balloon Payment Amount is incomplete.

33. Dept of Ed xxxx0187 Account Number is incomplete, Available Credit is incomplete Account History Section Balance is incomplete, Scheduled

10

Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete Payment History Section payment history is incomplete Account Details Section Credit Limit is incomplete, Actual Payment Amount is incomplete, Activity Designator is incomplete, Balloon Payment Date is incomplete, Date of First Delinquency is incomplete, Term Duration is incomplete, Scheduled Payment Amount is incomplete, Delinquency First Reported is incomplete, Charge Off Amount is incomplete, Balloon Payment Amount is incomplete, Date Closed is incomplete, Date of First Delinquency is incomplete.

34. Dept of Ed xxxx0087 Account Number is incomplete, Available Credit is incomplete Account History Section Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete Payment History Section payment history is incomplete Account Details Section Credit Limit is incomplete, Actual Payment Amount is incomplete, Activity Designator is incomplete, Balloon Payment Date is incomplete, Date of First Delinquency is incomplete, Term Duration is incomplete, Scheduled Payment Amount is incomplete, Delinquency First Reported is incomplete, Charge Off Amount is incomplete, Balloon Payment Amount is incomplete, Date Closed is incomplete, Date of First Delinquency is incomplete.

35. Midland Credit Management xxxx6962 Account Number is incomplete, not reporting the original creditor, Available Credit is incomplete Account History Section Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete Payment History Section is incomplete Account Details Section Credit Limit is incomplete, Actual Payment Amount is incomplete, Date of Last Activity is incomplete, Activity Designator is incomplete, Deferred Payment Start Date is incomplete, Balloon Payment Date is incomplete, Term Duration is incomplete, Date of Last Payment is incomplete, Scheduled Payment Amount is incomplete, Charge Off Amount is incomplete, Balloon Payment Amount is incomplete, Date Closed is incomplete.

36. Portfolio Recovery Assoc xxxx2974 Account Number is incomplete, not reporting the original creditor, Available Credit is incomplete Account History Section Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete Payment History Section is incomplete Account Details Section Credit Limit is incomplete, Actual Payment Amount is incomplete, Date of Last Activity is incomplete, Activity Designator is incomplete, Deferred Payment Start Date is incomplete, Balloon Payment Date is

incomplete, Term Duration is incomplete, Date of Last Payment is incomplete, Scheduled Payment Amount is incomplete, Charge Off Amount is incomplete, Balloon Payment Amount is incomplete, Date Closed is incomplete.

37. LVNV Funding LLC xxxx9805 Account Number is incomplete, not reporting the original creditor, Account History Section Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete Payment History Section is incomplete Account Details Section Actual Payment Amount is incomplete, Date of Last Activity is incomplete, Activity Designator is incomplete, Deferred Payment Start Date is incomplete, Balloon Payment Date is incomplete, Term Duration is incomplete, Date of Last Payment is incomplete, Scheduled Payment Amount is incomplete, Charge Off Amount is incomplete, Balloon Payment Amount is incomplete, Date Closed is incomplete.

38. LVNV Funding LLC xxxx8902 Account Number is incomplete, not reporting the original creditor, Account History Section Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete Payment History Section is incomplete Account Details Section Actual

Payment Amount is incomplete, Date of Last Activity is incomplete, Activity Designator is incomplete, Deferred Payment Start Date is incomplete, Balloon Payment Date is incomplete, Term Duration is incomplete, Date of Last Payment is incomplete, Scheduled Payment Amount is incomplete, Charge Off Amount is incomplete, Balloon Payment Amount is incomplete, Date Closed is incomplete.

39. LVNV Funding LLC xxxx7282 Account Number is incomplete, not reporting the original creditor, Account History Section Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete Payment History Section is incomplete Account Details Section Actual Payment Amount is incomplete, Date of Last Activity is incomplete, Activity Designator is incomplete, Deferred Payment Start Date is incomplete, Balloon Payment Date is incomplete, Term Duration is incomplete, Date of Last Payment is incomplete, Scheduled Payment Amount is incomplete, Charge Off Amount is incomplete, Balloon Payment Amount is incomplete, Date Closed is incomplete.

40. LVNV Funding LLC xxxx7615 Account Number is incomplete, not reporting the original creditor, Account History Section Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is

incomplete, Credit Limit is incomplete, Amount Past Due is incomplete Payment History Section is incomplete Account Details Section Actual Payment Amount is incomplete, Date of Last Activity is incomplete, Activity Designator is incomplete, Deferred Payment Start Date is incomplete, Balloon Payment Date is incomplete, Term Duration is incomplete, Date of Last Payment is incomplete, Scheduled Payment Amount is incomplete, Charge Off Amount is incomplete, Balloon Payment Amount is incomplete, Date Closed is incomplete.

41. Southwest Credit Systems xxxx3378 Account Number is incomplete, Last Payment is incomplete, Date of First Delinquency is incomplete.

<u>Trans Union</u>

42. Similarly, on or about April 08, 2025 TransUnion was required under 15 U.S.C. § 1681g(a) to provide a complete, clear, and accurate disclosure of all information in Carson's file, with the same limited exception regarding Social Security number truncation.

43. TransUnion's disclosure failed to include key information from Carson's credit file.

44. The inaccuracies included erroneous data, incomplete payment histories, and missing source information.

45. The affected Accounts included: Axcess Financial, (2) Breit Investment CorpDBA A-1Loan Co, Camelot Financial Servic, Continental Co, Credit One Bank, Fetti Fingerhut/Webbank, First Premier Bank, (4) LVNV Funding LLC, Midland Credit Management Inc, Portfolio Recovery, Quick Loans, Security Finance Corp, (2) Synvs/Firstd, TBOM/Forstiva MC, The Bank of Missouri-Total VISA, (2) Tinker FCU and Wilson Breit Inc DBA Cash Express of Bethany among others.

46. The following trade-line inaccurate, incomplete, errors and omissions were included but were not limited to:

47. Axcess Financial #4936**** Account Number is incomplete, Balance is incomplete, Scheduled Payment is incomplete, Amount Paid is incomplete, Past Due is incomplete.

48. Breit Investment Corp DBA A-1 Loan Co #104** Account Number is incomplete, Balance is incomplete, Scheduled Payment is incomplete, Amount Paid is incomplete, Past due is incomplete, Remarks is incomplete, Rating is incomplete.

49. Breit Investment Corp DBA A-1 Loan Co #237** Account Number is incomplete, Balance is incomplete, Scheduled Payment is incomplete, Amount Paid is incomplete, Past due is incomplete, Remarks is incomplete, Rating is incomplete.

50. Camelot Financial Servic #904 Account Number is incomplete.

51. Continental Fin Co #534636170125**** Account Number is incomplete, Balance is incomplete, Scheduled Payment is incomplete, Amount Paid is incomplete, Past due is incomplete.

52. Credit One Bank #37031001747**** Account Number is incomplete.

53. Fetti Fingerhut/Webbank #636992403090**** Account Number is incomplete, Balance is incomplete, Scheduled Payment is incomplete, Amount Paid is incomplete, Past due is incomplete.

54. First Premier Bank #543362894495**** Account Number is incomplete, Balance is incomplete, Scheduled Payment is incomplete, Amount Paid is incomplete, Past due is incomplete.

55. LVNV Funding LLC #405731060215**** Account Number is incomplete, Balance is incomplete, Scheduled Payment is incomplete, Amount Paid is incomplete, Past due is incomplete, Rating is incomplete.

56. LVNV Funding LLC #426498000646**** Account Number is incomplete, Balance is incomplete, Scheduled Payment is incomplete, Amount Paid is incomplete, Past due is incomplete, Rating is incomplete.

57. LVNV Funding LLC #431732027379**** Account Number is incomplete, Balance is incomplete, Scheduled Payment is incomplete, Amount Paid is incomplete, Past due is incomplete, Rating is incomplete.

58. LVNV Funding LLC #526449020466***** Account Number is incomplete.

59. Midland Credit Management Inc #31445**** Account Number is incomplete, Balance is incomplete, Scheduled Payment is incomplete, Amount Paid is incomplete, Past due is incomplete.

60. Portfolio Recovery #517805943256**** Account Number is incomplete.

61. Quick Loans #72** Account Number is incomplete, Balance is incomplete, Scheduled Payment is incomplete, Amount Paid is incomplete, Past due is incomplete, Remarks is incomplete, Rating is incomplete.

62. Security Finance Corp #56200**** Account Number is incomplete, Balance is incomplete, Scheduled Payment is incomplete, Amount Paid is incomplete, Past due is incomplete, Remarks is incomplete.

63. Synvs/Firstd #526449020466**** Account Number is incomplete, Rating is incomplete.

64. Synvs/Firstd #526449020197**** Account Number is incomplete, Rating is incomplete.

65. TBOM/Fortiva MC #542784005846**** Account Number is incomplete.

66. The Bank of Missouri total Visa #431732020588**** Account Number is incomplete and Rating is incomplete.

67. Tinker FCU #43872801105**** Account Number is incomplete.

68. Tinker FCU #438728011003**** Account Number is incomplete.

69. Wilson Breit Inc DBA Cash Express of Bethany #52** Account Number is incomplete, Balance is incomplete, Scheduled Payment is incomplete, Amount Paid is incomplete, Past due is incomplete, Remarks is incomplete.

<u>Experian</u>

70. Similarly, on or about April 08, 2025 Experian was required under 15 U.S.C. § 1681g(a) to provide a complete, clear, and accurate disclosure of all information in Carson's file, with the same limited exception regarding Social Security number truncation.

71. On or about April 08, 2025 Carson requested his file from Experian in writing.

72. Experian's disclosure failed to include key information from Carson's credit file.

73. The inaccuracies included erroneous data, incomplete payment histories, and missing source information.

74. The affected Accounts included: (2) 1st Digital/Synovus/VT, Axcssfn/Cngo, Celtic Bank/Contfinco, Credit One Bank, Exeter Finance LLC, Fetti Fingerhut/WebbankPremier, Bkcrd/first Premier, (4) Resurgent/LVNV Funding, Portfolio Recovery Associates, Southwest Credit Systems, TBOM/ATLS/Fortiva MC, BK of Missouri/Total Card, (2) Tinker FCU among others.

19

75. The following trade-line inaccurate, incomplete, errors and omissions were included but were not limited to:

76. 1st Digital/Synovus/VT #526449020197…. Account Number is incomplete, Terms is incomplete, Monthly Payment is incomplete, Payment History is incomplete.

77. 1st Digital/Synovus/VT #526449020466…. Account Number is incomplete, Terms is incomplete, Monthly Payment is incomplete, Payment History is incomplete.

78. Axcssfn/Cngo #4936…. Account Number is incomplete, Terms is incomplete, Scheduled Payment Amount is incomplete, Actual Amount Paid is incomplete.

79. Celtic Bank/Contfinco #534636170125…. Account Number is incomplete, Scheduled Payment Amount is incomplete, Actual Amount Paid is incomplete.

80. Credit One Bank #37031001747… Account Number is incomplete, Terms is incomplete, Payment History is incomplete, Scheduled Payment Amount is incomplete, Actual Amount Paid is incomplete.

81. Exeter Finance LLC #68068159999032…. Account Number is incomplete, Terms is incomplete, Date Payment Received is incomplete, Scheduled Payment Amount is incomplete, Actual Amount Paid is incomplete.

20

82. Fetti Fingerhut/Webbank #636992403090…. Account Number is incomplete, Terms is incomplete, Date Payment Received is incomplete, Scheduled Payment Amount is incomplete, Actual Amount Paid is incomplete.

83. Premier Bkcrd/First Premier #543362894495…. Account Number is incomplete, Terms is incomplete.

84. Resurgent/LVNV Funding #405731060215…. Account Number is incomplete, Monthly Payment is incomplete and Payment History is incomplete.

85. Resurgent/LVNV Funding #426498000646…. Account Number is incomplete, Monthly Payment is incomplete and Payment History is incomplete.

86. Resurgent/LVNV Funding #431732027379…. Account Number is incomplete, Monthly Payment is incomplete and Payment History is incomplete, Date Payment Received is incomplete, Scheduled Payment Amount is incomplete, Actual Amount Paid is incomplete.

87. Resurgent/LVNV Funding #526449020466…. Account Number is incomplete, Monthly Payment is incomplete and Payment History is incomplete.

88. Portfolio Recovery Associates #517805943256…. Account Number is incomplete, Monthly Payment is incomplete and Payment History is incomplete.

89. Southwest Credit Systems #113013378…. Account Number is incomplete, Monthly Payment is incomplete and Payment History is incomplete, Date Payment Received is incomplete, Scheduled Payment Amount is incomplete, Actual Amount Paid is incomplete.

90. TBOM/ATLS/Fortiva MC #54284005846…. Account Number is incomplete, Terms is incomplete, Date Payment Received is incomplete, Actual Amount Paid is incomplete.

91. Bk of Missouri/Total Card #431732020588…. Account Number is incomplete, Terms is incomplete, Monthly Payment is incomplete, Payment History is incomplete.

92. Tinker FCU #438728011003….. Account Number is incomplete, Terms is incomplete, Monthly Payment is incomplete, Recent Balance is incomplete.

93. Tinker FCU #438728011005….. Account Number is incomplete, Terms is incomplete, Monthly Payment is incomplete, Recent Balance is incomplete and Payment History is incomplete.

94. US Bankruptcy Court Oklahoma City 1914231SAH not reporting the source of the information 15 U.S.C. § 1681g(a)(1)-(2).

95. Under 15 U.S.C. § 1681g(a), upon receipt of Carson's request, all Defendants were legally obligated to provide Carson with a complete and accurate disclosure of all information in his credit files at the time of his request.

96. Defendants provided an electronic copy of Carson's Consumer Disclosure via www.annualcreditreport.com

97. Rather than comply with the FCRA, each Defendant knowingly and intentionally failed to disclose all of the information in Carson's credit file. These omissions appear to have been driven by a desire to reduce operating costs and increase profitability.

98. Accordingly, Equifax's, Trans Union's and Experian's violations of the FCRA were willful.

99. Carson is entitled to receive a complete, accurate, and transparent disclosure of his credit file from each CRA upon demand, at least once a year and without charge, and that disclosure must be presented clearly and accurately. *See* 15 U.S.C. § 1681j.

100.  By failing to meet this requirement, Defendants deprived Carson of a right expressly granted by federal law.

101.  These violations were willful, not negligent, and were carried out through systemic procedures that prioritized internal efficiency over the

accuracy and completeness of consumer disclosures. Defendants' practices suggest an institutional disregard for their statutory obligations under the FCRA. Carson relied on the information the report to be accurate and complete therefore to prevent dissemination of a misleading report. Which left Carson confused, distressed all Defendants made it hard to correct his credit profile. Carson suffers from Emotional distress from the incomplete and inaccurate reporting by Anxiety, Depression, Fear, Numbness, Difficulty Regulating Emotions and Self-Hatred. Carson has lost money with the postal stamp from Defendants not providing a complete and accurate profiles.

## CAUSES OF ACTION

102.   This suit is based upon the Defendants' violations of the Fair Credit Reporting Act.

103.   All causes of action were the producing causes of damages, which Carson suffered.

## FIRST CLAIM FOR RELIEF
### 15 U.S.C. § 1681g

104.   Plaintiff incorporates by reference each of the allegations set forth in the preceding paragraphs.

105.   Defendants violated the FCRA.

106.   Defendants' violations include, but are not limited to, the following:

Defendants violated 15 U.S.C. § 1681g by failing to clearly and accurately disclose all of the information in Plaintiff's consumer file at the time of the request.

107. Trans Union, Experian and Equifax's conduct in violating the FCRA was willful, rendering them liable to Plaintiff for actual damages, statutory damages, punitive damages, costs, and attorney's fees in an amount to be determined pursuant to 15 U.S.C. § 1681n.

108. In the alternative, they were negligent, which entitles Plaintiff to recovery under 15 U.S.C. § 1681o.

### JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff John Carson respectfully requests that this Honorable Court enter judgment in favor of Plaintiff and against Defendants Trans Union, LLC, Experian Information Solutions, Inc., and Equifax Information Services, LLC, for the following:

a. Judgment that Defendants violated the FCRA;

b. Actual or Statutory damages pursuant to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o;

c. Punitive and/or statutory damages pursuant to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o;

d. Attorney's Fees, Costs, and Expenses incurred in this action pursuant to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o;

e.  For such other and further relief as the Court may deem just and

proper.

Respectfully submitted:


s/ Nkem A. House
Nkem A. House, OBA #21219
House Law Group
425 W. Wilshire Blvd., Ste. E
Oklahoma City, OK 73116
405.633.1709 (telephone)
houselawfirm@gmail.com (email)
ATTORNEY FOR PLAINTIFF